[No. 15608-3-II.    Division Two.    May 25, 1994.]

FRANK HOLLADAY, *Respondent*, v. THE STATE OF WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-09425-5, Brian M. Tollefson, J., entered December 6, 1991. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.

[No. 15472-2-II.    Division Two.    May 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD E. LORD, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-1-00623-2, Paula Casey, J., entered November 1, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 12377-4-III.    Division Three.    May 26, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CECILIA C. HERSH, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 92-1-00014-9, Ted Walter Small, Jr., J., entered April 13, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 12616-1-III.    Division Three.    May 26, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DUANE WIESE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-00494-2, Michael E. Donohue, J., entered August 5, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.